Same case below, 380 Fed. Appx. 662.

**No. 10-7413. Victor Eduardo Silva, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 839, 178 L. Ed. 2d 570, 2010 U.S. LEXIS 9705.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 380 Fed. Appx. 642.

**No. 10-7415. Glenn Barry McDougald, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 839, 178 L. Ed. 2d 570, 2010 U.S. LEXIS 9645.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 299.

**No. 10-7416. Major Harrison Booth, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 839, 178 L. Ed. 2d 570, 2010 U.S. LEXIS 9722.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 612 F.3d 306.

**No. 10-7422. Kevin T. Ortega, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 839, 178 L. Ed. 2d 570, 2010 U.S. LEXIS 9758.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 373 Fed. Appx. 211.

**No. 10-7423. Sergio Venegas-Martin Del Campo, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 839, 178 L. Ed. 2d 570, 2010 U.S. LEXIS 9784.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 375 Fed. Appx. 786.

**No. 10-7425. Anthony Viserto, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 840, 178 L. Ed. 2d 570, 2010 U.S. LEXIS 9693.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 391 Fed. Appx. 932.

**No. 10-7427. Waquita Wallace, Petitioner v. United States.**

562 U.S. 1116, 131 S. Ct. 840, 178 L. Ed. 2d 570, 2010 U.S. LEXIS 9725,

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 605 F.3d 477.